UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:05 CR 47 ERW |
| | ) | DDN |
| WILLIAM D. WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

This action is before the court upon the pretrial motions of the parties which were referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was set for June 30, 2005.

On June 30, 2005, defendant William D. Walker appeared in open court, with counsel, and advised the undersigned that he had decided not to raise any issues by way of pretrial motions. He thereupon waived his rights to file pretrial motions and to have a pretrial hearing.

Upon this record,

**IT IS HEREBY ORDERED** that, pursuant to the Administrative order of this Court, the case be set for trial.

**IT IS HEREBY RECOMMENDED** that the motions of defendant to quash search warrant and suppress evidence (Doc. 26) and to suppress evidence (Doc. 27) be denied as moot.

The parties are advised they have ten (10) days to file written objections to this Order and Recommendation. The failure to file objections may result in a waiver of the right to appeal issues of fact.

/s/ David D. Noce
DAVID D. NOCE
**UNITED STATES MAGISTRATE JUDGE**

Signed on June 30, 2005.