UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:05CR47 CDP |
| | ) |
| WILLIAM D. WALKER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on defendant William D. Walker's motions to quash and suppress. These motions were referred to United States Magistrate David D. Noce under 28 U.S.C. § 636(b). On June 30, 2005, Walker appeared before Judge Noce and withdrew the motions, and so Judge Noce has recommended that the motions be denied as moot. Walker's time for objecting to this recommendation has expired, and he has not objected.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#32] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motions to quash search

warrant and to suppress evidence suppress statements and evidence [#26, 27] are denied.

                                                _____
                                                CATHERINE D. PERRY
                                                UNITED STATES DISTRICT JUDGE

Dated this 29th day of July, 2005.